■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL LEACH, Appellant. [687 NYS2d 646] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered February 27, 1996, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court properly permitted the People's witness to testify concerning a "business transaction" with the defendant on a streetcorner at 1:00 A.M. as it was probative on the issue of her identification of the defendant as the perpetrator of the subject crime. Evidence of uncharged crimes may be used to prove identity (*see, People v Molineux,* 168 NY 264; *see also, People v Branch,* 191 AD2d 576, *affd* 83 NY2d 663). Moreover, any prejudice to the defendant was obviated by the court's limiting instruction immediately after the witness' testimony regarding this encounter (*see, People v Allweiss,* 48 NY2d 40, 49; *People v Brown,* 249 AD2d 556).

The defendant's remaining contentions are either without merit or do not require reversal. O'Brien, J. P., Ritter, Thompson and Goldstein, JJ., concur.